Argued and submitted November 30, 2006, affirmed January 3, 2007

Anezka DRAZIL,
*Appellant,*

*v.*

FARMERS INSURANCE COMPANY OF OREGON,
*Respondent.*

0501-00745; A130403

150 P3d 1070

Dean Heiling argued the cause for appellant. With him on the briefs was Heiling Dwyer & Associates.

R. Daniel Lindahl argued the cause for respondent. With him on the brief was Bullivant Houser Bailey, PC.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Linder, Judge pro tempore.

PER CURIAM